UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |
|---|---|
| Connie Carter, | : |
| Plaintiff, | : Civil Action No.: 3:15-cv-00398-JM |
| v. | : |
| Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolutions, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Connie Carter | Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolutions |
|---|---|
| ___/s/ Sergei Lemberg___ | ___/s/ Donald H. Bacon___ |
| Sergei Lemberg, Esq. | Donald H. Bacon, Esq. |
| LEMBERG LAW, LLC | FRIDAY ELDREDGE & CLARK |
| 43 Danbury Road, 3rd Floor | 400 West Capitol, Suite 2000 |
| Wilton, CT 06897 | Little Rock, AR 72201 |
| Tel: (203) 653-2250 | Tel: (501) 370-1539 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 11, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Donald H. Bacon, Esq.
FRIDAY ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, AR 72201
*Attorney for Defendant*

             By  */s/ Sergei Lemberg*
               Sergei Lemberg, Esq.